

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00790-CV

**IN THE INTEREST OF I.R.**, et al., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01212
Honorable Thomas F. Lee, Judge Presiding

Opinion by:     Jason Pulliam, Justice

Sitting:        Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

Delivered and Filed: February 25, 2015

AFFIRMED

This is an appeal from the trial court's order terminating Appellant's parental rights to her four children, I.R., Jr., J.R., P.R., and S.R. Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating there are no arguable grounds to be advanced. Counsel concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, order) (same).

Counsel certified a copy of the brief was delivered to Appellant who was advised of her right to examine the record and to file a *pro se* brief. No *pro se* brief has been filed. After

reviewing the record, we agree the appeal is frivolous and without merit. The order of the trial court is affirmed, and counsel's motion to withdraw is granted.

Jason Pulliam, Justice